# EXHIBIT A

## RAYMOND GARDNER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | The Time | Get It Up | The Time | 28-936 |
| Virgin Records America, Inc. | Smashing Pumpkins | Luna | Siamese Dream | 169-635 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Motown Record Company, L.P. | Brian McKnight | Stay | Back At One | 279-471 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Cherish The Day | Love Deluxe | 183-731 |