UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
PROVIDENCE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, Plaintiffs, v. RAYMOND GARDNER, Defendant. | CIVIL ACTION FILE No. CA 06 250T |

## NOTICE OF RELATED ACTIONS OR PROCEEDINGS

Pursuant to Local Rule 9.1, Plaintiffs identify below those cases pending before another tribunal in the District of Rhode Island, including the case name, tribunal before which it is pending, and the claim, occurrence, or event pending before that tribunal.

CA 04-149ML, CA 04-297ML, CA 04-366, CA 04-367T, CA 04-460ML, CA 04-489L, CA 04-490ML, CA 04-491ML, CA 04-533S, CA 05-030T, CA 05-096ML, CA 05-097L, CA 05-472ML, CA 05-473T, CA 05-474ML, CA 05-475S, CA 05-476ML, CA 05-477ML, CA 05-478ML, CA 06-119S, CA 06-120S, CA 06-121ML, CA 06-122ML, CA 06-123T, CA 06-124ML, CA 06-125L, CA 06-126S, CA 06-184S, CA 06-185ML, CA 06-186S, CA 06-187T, CA 06-188T, and CA 06-189T.

Respectfully submitted,

DATED: May 23, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; and SONY BMG MUSIC ENTERTAINMENT