UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, Plaintiffs, v. RAYMOND GARDNER, Defendant. | Case No.: 1:06-cv-00250-T-LDA<br>Hon. Ernest Torres |

**MOTION TO CORRECT TYPOGRAPHICAL ERROR IN CAPTION**

Plaintiffs, Warner Bros. Records Inc., *et al.*, respectfully move this Court to correct the typographical error in the caption of their Complaint, and as support state the following:

1. Plaintiffs filed the Complaint in this Court on May 23, 2006.

2. Due to a typographical error, the caption of the Complaint reads "UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA, PROVIDENCE DIVISION."

3. A summons was issued as to Defendant Raymond Gardner on May 23, 3006.

4. Defendant was served on August 15, 2006.

5. Defendant has recently raised concerns about the typographical error.

6 In order to alleviate any possible confusion, Plaintiffs respectfully request that the Court correct the typographical error in the caption of the Complaint. In addition, again to avoid confusion, Plaintiffs will re-serve the Summons and Complaint on Defendant.

7 Plaintiffs apologize to the Court and to counsel for any inconvenience that this typographical error may have caused.

WHEREFORE Plaintiffs respectfully request that the Court correct the typographical error in the caption of the Complaint to read "UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND."

Respectfully Submitted,

Dated: September 7, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; and SONY BMG MUSIC ENTERTAINMENT