UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND GARDNER,<br><br>Defendant. | Case No.: 1:06-cv-00250-T-LDA<br><br>Hon. Ernest Torres |

**ORDER**

THIS MATTER was heard by the undersigned upon Plaintiffs' Motion to Correct Typographical Error In Caption and it appearing that good cause has been shown;

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion is GRANTED and that the Caption of the Complaint shall be corrected to read : "UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND."

Dated: September 7, 2007 By: ______________________________