IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WARNER BROS. RECORDS INC., ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**RAYMOND GARDNER**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **1:06-CV-00250-T-LDA**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **13th day of February, 2008, at 7:11 PM**, at the address of **675 GREAT Road**, **LINCOLN**, **Providence** County, **RI 02865**; this declarant served the above described documents upon **RAYMOND GARDNER**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **RAYMOND GARDNER, NAMED DEFENDANT, A white male approx. 45-55 years of age 6'0"-6'2" in height weighing 200-220 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **14th day of February, 2008**.

Natale Lapriore

**Natale Lapriore**

FOR: **JAMES E. O'NEIL**

ORIGINAL PROOF OF SERVICE

Tracking #: **5257336** SEA

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 2-13-08

NAME OF SERVER (*PRINT*) Natale Lapriore TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: 675 Great Rd, Lincoln, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted:

______

☐ Other (*specify*):

______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 2-13-08
Dated

Natale Lapriore
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.