Dear Mr. James E. O'Neil
AND U.S. District Court of R.I.

I Am Answering this Summons the very Best I Can. As I can not Afford To have an Attorney Repesent me. I want To Answer this charge. First I do not own A computer. My Hands have never ever Touched A computer. I do not even Know How To Turn one on. I Am sure you Find this hard To Believe. That is why I Am offering To Take A Poligraph Test, conferming this. I will Agree, And put in writing That if I Fail the Test I will Agree to go to jail for Any Length of Time you say, I swear!! I Am A very very sick man And can not Take All this stress. I Am going Through A Financial Disaster. My wife Ran Away with her Boss And stole All my money. My Business is on the Brink of Bankruptcy, My Home will be going into Forclosure soon. And I Have my Mother who Has Alzeimer's Living with me. She is 85 And I have To care For her.

During this Period of Time My Son ADAM was Living with me, AND owned A Computer. I showed Him the List of songs They SAID I Took off The computer, And He infatically Denies Down Loading Any of this music.
He Can Be Reached AT # [redacted]
OR By MAIL AT ADAM GARDNER
[redacted]
RathANGAN, County KilDARE
IreLAND.

As you Know From PAST CORRESPONDENCE My Attorney JON OSTER Killed Himself AND HAS # 1,500.00 He Requested AT the very beginning of This. I Am TOTALLY BROKE AND CAN NOT AFFORD To Hire Another Attorney. I give you And The Court my Permission To Pull All Records of My Finances, AND my medical Records. Please, Please Allow me To Prove myself Innocent. I Am just Sick To Death over this. Please Please Help Me I Swear To GOD I Am Innocent of There charges. Thank You. Raymond E. Gardner