Cover Letter 6-27-08

Answer To Charges

Warner Bros, V. Raymond E. Gardner

Case No. 1:06-cv-00250LPA

Raymond E Gardner's
S.S. # [redacted]

I Raymond E. Gardner give my Promission To the U.S. Distric Court And To Attorney James E. O'Neil, To Pull All my Medical Records And Financial Records. x [signature]

witness x [signature]