**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, Plaintiffs, v. Raymond Gardner, Defendant. | Civil No. 1:06-cv-00250-T-LDA<br>Judge Ernest Torres |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs WARNER BROS., *et al.*, and Defendant Raymond Gardner, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; and SONY BMG MUSIC ENTERTAINMENT

Raymond Gardner
675 Great Road
Lincoln, Rhode Island 02865-1401
Telephone: (401)724-2113

Pro Se Defendant